# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SUSIE L. HILL                                                    Case Number: 07-72156
        5274 NOTTINGHAM DRIVE                    SSN-xxx-xx-1055
        LOVES PARK, IL  61111

                                                                Case filed on:          9/11/2007
                                                                Plan Confirmed on:
                                U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $650.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---------|----------------------|-------------------------|----------------------|----------------|---------------|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 607.75 | 0.00 |
|     | Total Legal | 2,000.00 | 2,000.00 | 607.75 | 0.00 |
| 008 | ATTORNEY SCOTT BOYD | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SUSIE L. HILL | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OCWEN FEDERAL BANK FSB | 9,679.22 | 0.00 | 0.00 | 0.00 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 11,375.64 | 7,000.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 7,699.00 | 7,699.00 | 0.00 | 0.00 |
| 020 | MARTHA AVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Secured | 28,753.86 | 14,699.00 | 0.00 | 0.00 |
| 004 | ACTION CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BOYAJIAN LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BROOKE ROAD AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 189.79 | 189.79 | 0.00 | 0.00 |
| 012 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | K & M TITLE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 2,107.08 | 2,107.08 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH PHYSICIANS | 11.11 | 11.11 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION SERVICE, INC | 144.00 | 144.00 | 0.00 | 0.00 |
|     | Total Unsecured | 2,451.98 | 2,451.98 | 0.00 | 0.00 |
|     | Grand Total: | 33,205.84 | 19,150.98 | 607.75 | 0.00 |

Total Paid Claimant:        $607.75
Trustee Allowance:          $42.25
Percent Paid Unsecured:     0.00

          Wherefore, your petitioner prays that a final Decree be entered
discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

     Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan